## CLERK'S MINUTES
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

**Before the Honorable Laura Fashing, United States Magistrate Judge**

Initial Appearance/Preliminary Revocation/Detention Hearing

| Case Number: | CR 11-1064 JB | UNITED STATES vs. SCHMIDT | |
|---|---|---|---|
| Hearing Date: | 4/8/2019 | Time In and Out: | 10:51-10:57 |
| Clerk: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Robert W. Schmidt | Defendant's Counsel: | Wayne Baker |
| AUSA | Samuel Hurtado | Pretrial/Probation: | Erik Newton |
| Interpreter: | N/A | | |

### Initial Appearance

| | |
|---|---|
| ☐ | Defendant sworn |
| ☒ | Defendant received a copy of charging document |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☒ | Defendant currently has Court appointed counsel |

| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
|---|---|---|---|
| ☐ | Set for | on | @ |

### Preliminary/Show Cause/Identity

| ☒ | Defendant waives Preliminary Hearing | | |
|---|---|---|---|
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

### Detention

| | |
|---|---|
| ☒ | Defendant waives Detention Hearing |
| ☐ | |

### Custody Status

| ☒ | Defendant remanded to custody of United States Marshal's Service | |
|---|---|---|
| ☐ | Conditions | |

### Other

| | |
|---|---|
| ☒ | Matter referred to District Judge for Final Revocation Hearing |
| ☐ | |