AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

20 MAR -3 PM 4: 16

CLERK-ALBUQUERQUE

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| V. | ) |
|  | ) |
|  | ) Case No. 1084 1:11CR01064-001 JB |
|  | ) |
| Robert W Schmidt | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: U.S. District Court; 333 Lomas Blvd, NW Albuquerque, NM 87102 | Courtroom No.: Rio Grande Ctrm, 3rd Floor |
| --- | --- |
| Before Honorable Laura Fashing | Date and Time: 3/12/20 @ 9:30 am |

This offense is briefly described as follows:
The defendant allegedly possessed alcohol and viewed sexually explicit material.

Date: 2/27/20

*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons         ☐ Returned this summons unexecuted

Date: 03/03/2020

*Server's signature*

JERRY THOMPSON, DEPUTY U.S. MARSHAL
*Printed name and title*