IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                   CRIMINAL NO. 11-CR-1064 JB

ROBERT W. SCHMIDT,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court on the unopposed motion of the United States to dismiss the Petition for Revocation of Supervised Release in this matter against Defendant **ROBERT W. SCHMIDT**, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Petition for Revocation of Supervised Release in this matter is dismissed as to Defendant **ROBERT W. SCHMIDT**.

_____
UNITED STATES DISTRICT JUDGE